The People of the State of New York, Respondent,
against
Larry Franklin, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kate Paek, J.), rendered August 5, 2016, convicting him, upon his plea of guilty, of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Kate Paek, J.), rendered August 5, 2016, reversed, on the law, and the accusatory instrument is dismissed. 
The misdemeanor complaint was jurisdictionally defective because it failed to provide reasonable cause to believe that defendant committed the offense charged (see CPL 100.40[4][b]). The conduct alleged in the complaint, taken together with defendant's statement to the officer, failed to establish reasonable cause to believe that defendant engaged in the conduct required for acting as a general vendor (see Administrative Code of City of NY § 20-453; cf. People v Kasse, 22 NY3d 1142 [2014]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 16, 2018